# United States District Court

## Northern District of California
### United States Courthouse
### San Francisco, California 94102



Chambers of
**Charles R. Breyer**
United States District Judge

May 24, 2005

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

RECEIVED
2005 MAY 31 P 3: 55
FINANCIAL
DISCLOSURE OFFICE

Dear Committe Members:

Please be advised that in the 2004 Financial Disclosure Report filed May 16, 2005, we inadvertently omitted listing a position in section "I. Positions." The following should be included:

| | **Position** | **Name of Organization/Entity** |
|---|---|---|
| 1. | Director | Federal Judges Association |

**SELF INITIATED AMENDMENT**

Enclosed please find three additional copies of this letter.

Charles R. Breyer
United States District Judge

Enclosures - 3

AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Breyer, Charles R | 2. Court or Organization<br><br>N.D. of California | 3. Date of Report<br><br>05/15/05 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge, Active | 5. ReportType (check appropriate type)<br><br>○ Nomination.    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>01/01/04<br>to<br>12/31/04 |
| 7. Chambers or Office Address<br><br>US District Court<br><br>450 Golden Gate Ave, 19th Fl<br><br>San Francisco, Ca. 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
MAY 23
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Income**

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |

**B. Spouse's Non-Investment Income** - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2004 | City Arts & Lectures, Inc |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | American Bar Association | General activities of professional organization, Feb 5-6, meals, travel and hotel. |
| 2. | PricewaterhouseCoopers | Attended conference, Scottsdale, Arizona, Feb 18-21, meals, travel and hotel. |
| 3. | Institute for Study & Development of Legal Systems (ISDLS) | Lectured to local organizations, Kuala Lumper, Malaysia, Feb 26-29, meals, travel and hotel. |
| 4. | Federal Judges Association | Attended professional conference, Arlington, Virginia, May 15-17, travel, meals and hotel. |
| 5. | American Conference Institute | Attended professional conference, New York, New York, Sept 29-30, meals, travel and hotel. |
| 6. | Institute for Study & Development of Legal Systems (ISDLS) | Attended professional conference, Mumbai, India, Nov. 20-22, travel, meals and hotel. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. C. Packer & E J Roberts Trusts | Mortgage - Fresno Industrial Park (Pt VII, Item 21) | M |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part VII - Notes

1. All dividends (both regular and capital) were reinvested for the mutual funds shown on Part VII.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ____

Date __5/11/05__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# United States District Court

## Northern District of California
## United States Courthouse
## San Francisco, California 94102



Chambers of
**Charles R. Breyer**
United States District Judge

May 24, 2005

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

FINANCIAL DISCLOSURE OFFICE
2005 MAY 31 P 3:5
RECEIVED

Dear Committe Members:

    Please be advised that in the 2004 Financial Disclosure Report filed May 16, 2005, we inadvertently omitted listing a position in section "I. Positions." The following should be included:

| | Position | Name of Organization/Entity |
|---|---|---|
| 1. | Director | Federal Judges Association |

Enclosed please find three additional copies of this letter.

**SELF INITIATED AMENDMENT**

Charles R. Breyer
United States District Judge

Enclosures - 3